No. 04-00-00369-CV


COGEMA MINING, INC.,

Appellant


v.


Gilberto GUZMAN,

Appellee


From the 229th Judicial District Court, Duval County, Texas

Trial Court No. DC-99-48

Honorable Alex W. Gabert, Judge Presiding



Per Curiam

 

Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Paul W. Green, Justice


Delivered and Filed: June 20, 2001


DISMISSED


 The appellant has filed an unopposed motion to dismiss this appeal, stating that the parties
have settled all issues in dispute. The motion is granted. See Tex. R. App. P. 42.1(a)(1). Because
the cause is moot, all previous orders and judgments, both trial and appellate, are set aside and the
cause is dismissed. See Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Hughes, 827 S.W.2d 859,
859 (Tex. 1992); Exxon Corp. v. Butler, 619 S.W.2d 399, 399 (Tex. 1981); Freeman v. Burrows,
141 Tex. 318, 171 S.W.2d 863, 863-64 (1943); Panterra Corp. v. American Dairy Queen, 908
S.W.2d 300, 301 (Tex. App.--San Antonio 1995, no writ). Costs of appeal are taxed against the
parties who incurred them. 

 PER CURIAM

DO NOT PUBLISH